UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLYDE MCCLENDON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| FEDNAV LIMITED AND | * | SECT.   MAG. |
| FEDNAV INTERNATIONAL, LTD. | * | JUDGE |
| | * | MAGISTRATE |

## **COMPLAINT FOR DAMAGES**

The complaint of Clyde McClendon, a citizen of the State of Louisiana with respect represents:

1.

Defendant, Fednav Limited is a foreign business entity with its principal place of business located in Montreal, Canada.

2.

Defendant, Fednav International, LTD is a foreign business entity with its principal place of business located in Montreal, Canada.

3.

This Court has subject matter jurisdiction over this matter pursuant to 33 U.S.C. § 905(b).

4.

Plaintiff alleges at all times pertinent hereto, defendant, Fednav Limited and/or Fednav International, LTD were the owner and/or operator of the M/V FEDERAL EMS and employed the crew on that vessel upon which Plaintiff sustained injury.

5.

At the time the occurred made the basis of the complaint, the M/V FEDERAL EMS was located at the St. Bernard Parish Port Authority's Chalmette Docks, thus venue in this court is proper under 28 USC 1391(b)(2).

6.

On or about January 31, 2022, Clyde McClendon, while in the course and scope of his employment with Associated Terminals, LLC, and while performing cargo counting services for Defendants, Fednav Limited and/or Fednav International, LTD, he was counting cargo on the M/V FEDERAL EMS when he tripped over loose, torn and defected cargo covering, causing him to fall from the cargo, causing Plaintiff to sustain injuries to his back and other parts of his body.

7.

The defective condition of the cargo and its covering presented an unreasonable risk of injury, and was a condition that was hidden and not observable to experienced stevedores or other workers employed in jobs similar to plaintiff exercising reasonable care for their own safety.

8.

Plaintiff alleges that the defendants, Fednav Limited and/or Fednav International, LTD, and/or its employees were negligent because they turned over the vessel to plaintiff's employer that contained a defect in the cargo and it stowage, which presented an unreasonable risk of injury, which the defendant and its employees had knowledge of, or with the exercise reasonable care should have been aware of and warned plaintiff and

his employer of the existence of the condition which presented an unreasonable risk of injury.

9.

The defect in the cargo was not caused or created by plaintiff or any other of his co-employees, and it existed at the time the defendant turned the vessel over the plaintiff's employer for cargo operations, and the defect was not open and obvious but was hidden and not anticipated by plaintiff.

10.

To the extent Plaintiff's injuries were caused by the fault of defendant's employees, Plaintiff also alleges that Fednav Limited and/or Fednav International, LTD is responsible for the fault and negligence of its employees under the doctrine of *respondeat superior.*

11.

In the alternative, if the defect in the cargo and its covering is alleged by the defendant to be an open and obvious hazard, and if the defendant contends plaintiff's employer failed to protect him from performing dangerous cargo operations, plaintiff contends the defendant should have intervened to protect plaintiff from an unreasonable risk of injury presented by the hazardous condition of the cargo and its covering.

12.

As a result of the fault of the defendants, the injuries and damages sustained by Clyde McClendon include severe injuries to his body and mind, including but not limited

to, his back and other serious and permanently disabling injuries to the body and mind all of which has caused him to sustain a loss of wage-earning capacity.

13.

Because of said injuries and damages, Clyde McClendon may have to undergo surgery to the injured area(s) of his body, has endured severe pain and suffering and mental anguish, and will continue to so suffer and has sustained a loss of wage earning capacity, and has been caused to incur medical bills for the treatment of his injuries.

14.

Plaintiff alleges, on information and belief, that he will in the future, because of said injuries and damages to his body and mind, endure pain and suffering and mental anguish as well as loss of income and other elements of damages, all of which entitles Plaintiff to reasonable special and general damages.

**WHEREFORE**, Clyde McClendon prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendants, Fednav Limited and Fednav International, LTD, directing them to appear and answer, all and singular, the matters aforesaid; that after due proceedings have been had, there be judgment in favor of Plaintiff, Clyde McClendon, and against the Defendants, Fednav Limited and Fednav International, LTD, for reasonable damages, together with legal interest from date of occurrence and for all costs of these proceedings.

Plaintiff further prays for all general and equitable relief, which the justice of the cause may require, and to which they may otherwise be entitled, and that all experts' fees be taxed as costs.

Respectfully submitted:

MORRIS BART, LLC
ATTORNEYS FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 324-0738
EMAIL: sjohnson@morrisbart.com

BY:   /s/ *Stephen J. Johnson*
      _____
      STEPHEN J. JOHNSON, Bar #22439